IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN LEE ROBINSON,

    Petitioner,               No. CIV S-03-0856 LKK JFM P

    vs.

SILVIA GARCIA, Warden, et al.,

    Respondents.         ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On April 25, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.[1] Petitioner has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the

---

[1] The April 25, 2005 findings and recommendations amended and superseded findings and recommendations filed on April 13, 2005.

1

1 | entire file, the court finds the findings and recommendations to be supported by the record and by
2 | proper analysis.
3 |      Accordingly, IT IS HEREBY ORDERED that:
4 |      1. The findings and recommendations filed April 25, 2005, are adopted in full;
5 | and
6 |      2. Petitioner's February 14, 2005 motion to vacate judgment is denied.
7 | DATED: August 22, 2005.

                                        /s/Lawrence K. Karlton
                                        UNITED STATES DISTRICT JUDGE

/robi0856.806